**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00954-CR

**QUENTIN LEON MURRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24209-U**

## ORDER

The court **REINSTATES** the appeal.

On October 15, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the reporter's record on November 26, 2013 and the clerk's record on January 9, 2014. Therefore, in the interest of expediting the appeal, we **VACATE** the October 15, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
          JUSTICE